UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

TIZIANA CACACE,                                          :

                  Plaintiff,                            :      No. 18-CV-06856 (ENV)(RER)

                              v.                            :      **STIPULATION OF DISMISSAL**
                                      :      **WITH PREJUDICE**

OPTUM, INC.,  UNITEDHEALTH GROUP, INC.,   :
DENNIS FINE, ANDREW HAYEK and CORY         :
ROBERTS, PROHEALTH MEDICAL                       :
MANAGEMENT, LLC, d/b/a ProHEALTH Care,     :
all in their individual and professional capacities,   :
                                      :

                  Defendants.                       :

------------------------------------------------------------- X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned

counsel for the parties, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure, the above-captioned action is hereby dismissed in its entirety with prejudice and

without an award of costs or fees to any party.

Dated: July 26, 2018

SEYFARTH SHAW LLP                              WIGDOR LLP

_____                        _____
Cameron Smith                                            Jeanne Christensen
Lynn Kappelman                                          Bryan L. Arbeit
620 Eighth Avenue, 32nd Floor               85 Fifth Avenue, 5th Floor
New York, New York 10018                     New York, New York 10003
(212) 218-5500                                            (212) 257-6800

*Attorneys for Defendants*                         *Attorneys for Plaintiff*