UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
TIZIANA CACACE,

        Plaintiff,

        v.

OPTUM, INC., UNITEDHEALTH GROUP, INC.,
DENNIS FINE, ANDREW HAYEK and CORY
ROBERTS, PROHEALTH MEDICAL
MANAGEMENT, LLC, d/b/a ProHEALTH Care,
all in their individual and professional capacities,

        Defendants.
------------------------------------------------------------- X

No. 18-CV-06856 (ENV)(RER)

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed in its entirety with prejudice and without an award of costs or fees to any party.

Dated: July 26, 2018

| SEYFARTH SHAW LLP | WIGDOR LLP |
|---|---|
| *Cameron Smith* | *[signature]* |
| Cameron Smith | Jeanne Christensen |
| Lynn Kappelman | Bryan L. Arbeit |
| 620 Eighth Avenue, 32nd Floor | 85 Fifth Avenue, 5th Floor |
| New York, New York 10018 | New York, New York 10003 |
| (212) 218-5500 | (212) 257-6800 |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 7/29/2019

/s/ USDJ ERIC N. VITALIANO
Eric N. Vitaliano
United States District Judge

The Clerk is directed to close this case.